# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| L.F. b/n/f MARY RUFFIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-2415 |
| | § | |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § | |
| | § | |
| Defendant. | § | |

## ORDER

The plaintiff's "motions to order," Docket Entries No. 22 and 25, appear to ask this court's direction about whether she must respond to the defendant's summary judgment motion. In the plaintiff's motions, she complains that the defendant should not have sought summary judgment and argues that she should not have to respond until after she has amended her complaint and the defendant has resubmitted any summary judgment motion.

The plaintiff's arguments about the lack of merit of the summary judgment motion can be made in her response to that motion. At the hearing on November 21, 2008, this court set deadlines requiring the plaintiff to amend her complaint no later than January 9, 2009 and to respond to the summary judgment motion by January 23, 2009. If there are additional claims raised in the amended complaint, they can be addressed in subsequent filings according to a schedule that the court will set.

The plaintiff's motions for orders are denied because the direction she seeks was provided in the November 21, 2008 scheduling conference.

SIGNED on December 17, 2008, at Houston, Texas.

                                                    _____
                                                               Lee H. Rosenthal
                                                       United States District Judge