IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| L.F. b/n/f MARY RUFFIN, | § |
| Plaintiff, | § § § |
| VS. | §   CIVIL ACTION NO. H-08-2415 |
| HOUSTON INDEPENDENT SCHOOL DISTRICT, | § § § § |
| Defendant. | § § |

**FINAL JUDGMENT**

In accordance with this court's Memorandum and Opinion of even date, this action is DISMISSED with PREJUDICE.

SIGNED on September 21, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge